United States Bankruptcy Court

Central District of California

| In re: | Case No. 24-12532-BR |
|---|---|
| Amy Lynne Blalock | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2024 | Form ID: 318a | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Lynne Blalock, 1619 N La Brea Ave #509, Los Angeles, CA 90028-6476 |
| 41915162 | + | Cedars Sinai, PO Box 48954, Los Angeles, CA 90048-0954 |
| 41915163 | + | Cedars Sinai, 1801 West Olympic Blvd, Pasadena, CA 91199-0001 |
| 41915164 | + | Cedars Sinai, 8700 Beverly Blvd, Los Angeles, CA 90048-1865 |
| 41915174 | + | Stewart Lucas Murrey, 1217 Wilshire Blvd. # 3655, Santa Monica, CA 90403-5466 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jul 09 2024 04:38:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jul 09 2024 04:39:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jul 09 2024 01:00:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41915160 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 09 2024 01:01:00 | Apple Card - GS Bank USA, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 41915161 | + | EDI: CAPITALONE.COM | Jul 09 2024 04:38:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 41915165 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 09 2024 00:57:04 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 41915167 | | EDI: DISCOVER | Jul 09 2024 04:38:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 41915166 | + | Email/Text: support@drsi360.com | Jul 09 2024 01:02:00 | Designed Receivable Solutions, Inc., 10833 Valley View St Suite 415, Cypress, CA 90630-5051 |
| 41915168 | + | Email/Text: EBN@edfinancial.com | Jul 09 2024 01:00:00 | Ed Financial/ESA, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 41915169 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jul 09 2024 01:00:00 | FB&T/Mercury, 700 22nd Ave South, Brookings, SD 57006-2822 |
| 41915171 | + | EDI: IRS.COM | Jul 09 2024 04:38:00 | Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 41915172 | ^ | MEBN | Jul 09 2024 00:50:53 | Prosper Marketplace Inc., 221 Main St Suite 300, San Francisco, CA 94105-1909 |
| 41915173 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jul 09 2024 01:03:00 | Quest Diagnostics, PO Box 740987, Cincinnati, OH 45274-0987 |
| 41915175 | + | EDI: USAA.COM | | |

District/off: 0973-2                     User: admin                              Page 2 of 2

Date Rcvd: Jul 08, 2024                  Form ID: 318a                            Total Noticed: 19

                                    Jul 09 2024 04:38:00    USAA Federal Savings Bank, PO Box 33009, San
                                                            Antonio, TX 78265-3009

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason   Name and Address**
41915170                        Foresight Mental Health

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024                   Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:

**Name**                          **Email Address**

Howard M Ehrenberg (TR)
                                  ehrenbergtrustee@gmlaw.com
                                  ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com

Karine Karadjian
                                  on behalf of Debtor Amy Lynne Blalock karine@kelawfirm.com
                                  karine.karadjian@gmail.com;karadjiankr95745@notify.bestcase.com

United States Trustee (LA)
                                  ustpregion16.la.ecf@usdoj.gov

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Amy Lynne Blalock | Social Security number or ITIN  xxx–xx–5447 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Central District of California | | |
| Case number:  2:24–bk–12532–BR | | |

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Amy Lynne Blalock

[include all names used by each debtor, including trade names, within
the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 7/8/24

**Dated:** 7/8/24

**By the court:** Barry Russell
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

10/AUTU

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**