Dr. Stewart Lucas Murrey
1217 Wilshire Blvd. # 3655
Santa Monica, CA 90403
Tel.: (424) 278-3017
Email: 2@lucasmurrey.io
Website: lucasmurrey.com
SocialMedia: sickoscoop.com/lucas

Plaintiff & Plaintiff in Pro Se

**FILED AUG 02 2024**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES ~~DISTRICT~~ Bankruptcy COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

MS. AMY LYNNE BLALOCK, an individual;
  Debtor.

Bankruptcy Case No.
24-bk-12532-BR-Chapter 7
[Assigned to: Hon. Judge Barry Russell]

Related: Adversary Complaint ~~Case~~ No. an
24-ap-01152-BR ~~(Dr. Murrey, Plaintiff v. Ms. Blalock, Defendant)~~
~~[Assigned to: Hon. Judge Barry Russell]~~

**NOTICE AND MOTION FOR ORDER CONFIRMING NO STAY IN EFFECT; OR, IN THE ALTERNATIVE, RELIEF FROM STAY**

Hearing Date:
Hearing Time:
Courtroom:    1668
Judge:        Hon. Barry Russell

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPCY JUDGE, THE UNITED STATES TRUSTEE, ALL PARTIES AND THEIR ATTORNIES OF RECORD:

  NOTICE IS HEREBY GIVEN of Dr. Stewart Lucas Murrey's Motion for Order Confirming No Stay in Effect; or, in the alternative, Relief From Stay to allow the pending personal injury claims (defamation and false light) filed against Ms.

Amy Blalock to proceed in the Los Angeles Superior Court (LASC. Case No. 23STCV14890).

Although Movant Dr. Murrey is unaware of any order that has been issued by this Court staying his above-noted Los Angeles Superior Court action (LASC. Case No. 23STCV14890) against the individual Defendant Ms. Amy Blalock, Blalock nevertheless filed a stay of action in said LASC case, attached hereto as Exhibit "1". Because Movant needs to move forward with prosecution of Ms. Blalock for her intentional and malicious harm done to him, Dr. Murrey respectfully requests that the Court enter an Order confirming that there is no stay in effect.

In the alternative, if a stay of action is currently in place, movant Dr. Murrey respectfully requests relief from said stay of his Los Angeles Superior Court lawsuit (LASC. case No. 23STCV14890) against the individual Defendant Ms. Amy Blalock. The ends of justice will not be served otherwise. Ms. Blalock is unlawfully weaponizing bankruptcy to elude justice for the intentional and malicious harm she caused to Dr. Murrey.

After confirmation that there is no stay and/or relief from said stay, Dr. Murrey can continue to properly prosecute Ms. Blalcok in the afore-mentioned current pending LASC lawsuit against her and wherein Ms. Blalock will likewise have every opportunity to defend herself.

DATED: 31 July 2024

Respectfully submitted,

By: /s/Stewart Lucas Murrey
Dr. Stewart Lucas Murrey
*Plaintiff & Plaintiff in Pro Se*

# EXHIBIT 1

CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Amy Blalock<br>1619 N La Brea Ave #509<br>Los Angeles, CA 90028<br><br>TELEPHONE NO.: 310-569-6182    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | FOR COURT USE ONLY<br><br>Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>4/18/2024 8:08 AM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By S. Bolden, Deputy Clerk |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br>STREET ADDRESS: 111 N Hill St<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Stanley Mosk Courthouse | |
| PLAINTIFF/PETITIONER: Stewart Lucas Murrey<br>DEFENDANT/RESPONDENT: Amy Blalock | |
| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER:<br>23STCV14890 |
| | JUDGE: Gregory Keosian<br>DEPT.: 61 |

**To the court and to all parties:**

1. Declarant *(name):* Amy Blalock

   a. [x] is  [x] the party    [ ] the attorney for the party    who requested or caused the stay.

   b. [ ] is  [ ] the plaintiff or petitioner    [ ] the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. [ ] With regard to all parties.

   b. [x] With regard to the following parties *(specify by name and party designation):* Amy Blalock

3. Reason for the stay:

   a. [x] Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. [ ] Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. [ ] Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. [ ] Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. [ ] Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/18/2024

_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ 
(SIGNATURE)

Page 1 of 1
Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]    **NOTICE OF STAY OF PROCEEDINGS**    Cal. Rules of Court, rule 3.650
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [Clear this form]

United States Bankruptcy Court
Central District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 04/02/2024 at 12:55 PM and filed on 04/02/2024.

**FILED**
04/02/2024
12:55 PM

**Amy Lynne Blalock**
1619 N La Brea Ave #509
Los Angeles, CA 90028
SSN / ITIN: xxx-xx-5447

The case was filed by the debtor's attorney:

**Karine Karadjian**
Karine Karadjian, P.C.
14640 Victory Blvd
Ste 221
91411
Van Nuys, CA 91411
323-426-8300

The bankruptcy trustee is:

**Howard M Ehrenberg (TR)**
1875 Century Park East
Suite 1900
Los Angeles, CA 90067
213-626-2311

The case was assigned case number 2:24-bk-12532-BR to Judge Barry Russell.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple Street,, Los Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Kathleen J. Campbell
Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |
| [illegible] |
| [illegible] |
| [illegible] |

# PROOF OF SERVICE

I declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 5478 Wilshire Blvd., Suite 223, Los Angeles, CA 90036, which is located in the county where the mailing described below took place. On 2 August 2024 I served the foregoing document(s) described as: Dr. Murrey's motion for order confirming no stay or, in the alternative, relief from stay to:

Amy Lynne Blalock
1619 N La Brea Ave #509
Los Angeles, CA 90028
Tel. (310) 569-6182
amyblalock@gmail.com

I served a true copy of the document(s) above:

[ ] By United States mail. I enclosed the documents in a sealed envelope or package addressed to the person(s) at the address(es) mentioned above and:

[ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage full prepaid.

[X] By e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct. Executed on 2 August 2024 at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　/x/Alexander J. Petale, Esq.
　　　　　　　　　　　　　　　　　　　　Declarant