# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

## **NOTICE TO CREDITORS**

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Amy Lynne Blalock<br>**SSN:** xxx–xx–5447<br>**EIN:** N/A<br><br>1619 N La Brea Ave #509<br>Los Angeles, CA 90028 | **BANKRUPTCY NO.**  2:24–bk–12532–BR<br>**CHAPTER**  7 |

Dr Steward Lucas Murrey's Motion for order confirming no stay in effect; or, in the alternative,

relief from stay filed on August 2, 2024 is scheduled for hearing on 10/8/2024 at 10 a.m.

in courtroom 1668, Edward Roybal Building 255 E Temple Street, Los Angeles, CA

90012.

Written opposition to the motion is due fourteen days before the hearing date.

Reply to the opposition is due seven days before the hearing date.

Dated: August 20, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form not rev. 5/96) VAN–99

**14 / SF**