United States Bankruptcy Court

Central District of California

In re:                                                                                              Case No. 24-12532-BR
Amy Lynne Blalock                                                                   Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                                  User: admin                                Page 1 of 2
Date Rcvd: Aug 20, 2024                       Form ID: not                                Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Lynne Blalock, 1619 N La Brea Ave #509, Los Angeles, CA 90028-6476 |
| 41915162 | + | Cedars Sinai, PO Box 48954, Los Angeles, CA 90048-0954 |
| 41915163 | + | Cedars Sinai, 1801 West Olympic Blvd, Pasadena, CA 91199-0001 |
| 41915164 | + | Cedars Sinai, 8700 Beverly Blvd, Los Angeles, CA 90048-1865 |
| 41915174 | + | Stewart Lucas Murrey, 1217 Wilshire Blvd. # 3655, Santa Monica, CA 90403-5466 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Aug 20 2024 23:37:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Aug 20 2024 23:37:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Aug 20 2024 23:36:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41915160 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 20 2024 23:36:00 | Apple Card - GS Bank USA, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 41915161 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2024 23:40:47 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 41915165 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2024 23:40:11 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 41915167 | | Email/Text: mrdiscen@discover.com | Aug 20 2024 23:36:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 41915166 | + | Email/Text: support@drsi360.com | Aug 20 2024 23:36:00 | Designed Receivable Solutions, Inc., 10833 Valley View St Suite 415, Cypress, CA 90630-5051 |
| 41915168 | + | Email/Text: EBN@edfinancial.com | Aug 20 2024 23:36:00 | Ed Financial/ESA, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 41915169 | + | Email/Text: Legal@bankeasy.com | Aug 20 2024 23:37:00 | FB&T/Mercury, 700 22nd Ave South, Brookings, SD 57006-2822 |
| 41915171 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 20 2024 23:37:00 | Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 41915172 | ^ | MEBN | Aug 20 2024 23:32:13 | Prosper Marketplace Inc., 221 Main St Suite 300, San Francisco, CA 94105-1909 |
| 41915173 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Aug 20 2024 23:37:00 | Quest Diagnostics, PO Box 740987, Cincinnati, OH 45274-0987 |
| 41915175 | + | Email/Text: bkelectronicnotices@usaa.com | | |

Case 2:24-bk-12532-BR    Doc 16    Filed 08/22/24    Entered 08/23/24 03:18:57    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 20, 2024 | Form ID: not | Total Noticed: 19 |

| | | |
|---|---|---|
| | Aug 20 2024 23:36:00 | USAA Federal Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41915170 | | Foresight Mental Health |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2024            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Howard M Ehrenberg (TR) | ehrenbergtrustee@gmlaw.com<br>ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com |
| Karine Karadjian | on behalf of Debtor Amy Lynne Blalock karine@kelawfirm.com<br>karine.karadjian@gmail.com;karadjiankr95745@notify.bestcase.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

## United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

## **NOTICE TO CREDITORS**

**DEBTOR(S) INFORMATION:**
Amy Lynne Blalock
**SSN:** xxx–xx–5447
**EIN:** N/A

1619 N La Brea Ave #509
Los Angeles, CA 90028

**BANKRUPTCY NO.** 2:24–bk–12532–BR
**CHAPTER** 7

Dr Steward Lucas Murrey's Motion for order confirming no stay in effect; or, in the alternative,

relief from stay filed on August 2, 2024 is scheduled for hearing on 10/8/2024 at 10 a.m.

in courtroom 1668, Edward Roybal Building 255 E Temple Street, Los Angeles, CA

90012.

Written opposition to the motion is due fourteen days before the hearing date.

Reply to the opposition is due seven days before the hearing date.

Dated: August 20, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form not rev. 5/96) VAN–99

**14 / SF**