| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Amy Blalock<br>1001 Gayley Ave #24381<br>Los Angeles, CA 90024<br>310-569-6182<br>amyblalock@gmail.com<br><br>☒ Respondent appearing without attorney<br>☐ Attorney for Respondent: | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| In re:<br><br>Amy Lynne Blalock<br><br><br><br><br>Debtor(s). | CASE NO.: 24-BK12532-BR<br>CHAPTER: 7<br><br>**RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT**<br><br>DATE: 10/08/2024<br>TIME: 10:00 am<br>COURTROOM: 1668<br>PLACE: 255 E Temple St<br>Los Angeles, CA 90012 |
|---|---|

**Movant:** Stewart Lucas Murrey

**Respondent:**  ☒ Debtor    ☐ trustee    ☐ other:

> NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
> A copy of the Response, exhibit(s) and declaration(s) must be served upon:
> (1) Movant's attorney (or Movant, if Movant does not have an attorney);
> (2) the trustee; and
> (3) the judge who presides over this bankruptcy case.
> Then the document must be filed with the court.

1. ☐ **NONOPPOSITION**
   The Respondent does not oppose the granting of the Motion.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                                    Page 1                                     F 4001-1.RFS.RESPONSE

2. ☐ **LIMITED OPPOSITION**
   a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession take place before *(date)*: _____ and the reason for this request is *(specify)*:

   b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

   The Debtor:
   (1) ☐ has no knowledge of the Property.
   (2) ☐ has no interest in the Property.
   (3) ☐ has no actual possession of the Property.
   (4) ☐ was not involved in the transfer of the Property.

   c. ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time. Evidence of a pending loan modification is attached as Exhibit _____.

3. ☒ **OPPOSITION:** The Respondent opposes granting of the Motion for the reasons set forth below.

   a. ☐ The Motion was not properly served *(specify)*:

   (1) ☐ Not all of the required parties were served.
   (2) ☐ There was insufficient notice of the hearing.
   (3) ☐ An incorrect address for service of the Motion was used for *(specify)*:

   b. ☒ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:

   (1) ☒ The value of the Property is $ 0.00 _____, based upon *(specify)*:
   I do not owe the Plaintiff any money, there was never a settlement granted. My bankruptcy has been discharged.

   (2) ☐ Total amount of debt (loans) on the Property is $ _____.

   (3) ☐ More payments have been made to Movant than the Motion accounts for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

   (4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments. A true and correct copy of the loan modification agreement is attached as Exhibit _____.

   (5) ☐ The Property is necessary for an effective reorganization. Respondent filed or intends to file a plan of reorganization that requires use of the Property. A true and correct copy of the plan is attached as Exhibit _____.

   (6) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current. A true and correct copy of the chapter 13 plan is attached as Exhibit _____ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit _____.

   (7) ☐ The Property is insured. Evidence of current insurance is attached as Exhibit _____.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                                Page 2                                    F 4001-1.RFS.RESPONSE

(8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.

(9) ☐ Respondent denies that this bankruptcy case was filed in bad faith.

(10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.

(11) ☐ Other (*specify*):

c. ☐ Respondent asserts the following as shown in the declaration(s) filed with this Response:

(1) ☐ The bankruptcy case was converted from chapter ___ to chapter ___.

(2) ☐ All postpetition arrearages will be cured by the hearing date on this motion.

(3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments ☐ are current, or ☐ will be cured by the hearing date on this motion.

(4) ☐ The Debtor has equity in the Property in the amount of $ _____.

(5) ☐ Movant has an equity cushion of $ _____ or _____% which is sufficient to provide adequate protection.

(6) ☐ The Property is necessary for an effective reorganization because (*specify*):

(7) ☐ The motion should be denied because (*specify*):

(8) ☐ An optional memorandum of points and authorities is attached in support of this Response.

4. **EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**

Attached are the following documents in support of this Response:

☒ Declaration by the Debtor             ☐ Declaration by the Debtor's attorney
☐ Declaration by trustee                ☐ Declaration by trustee's attorney
☐ Declaration by appraiser              ☐ Other (*specify*):

Date: 09/17/2024

Printed name of law firm for Respondent (if applicable)

Amy Blalock

Printed name of individual Respondent or attorney for Respondent

*[signature]*

Signature of individual Respondent or attorney for Respondent

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                Page 3                                F 4001-1.RFS.RESPONSE

# DECLARATION OF AMY BLALOCK

I, AMY BLALOCK, declare as follows in support of my motion:

1. I have personal knowledge of the facts set forth below, and if called upon to testify, I could and would competently testify thereto.

2. The value of the property is $0.00, based upon I do not owe the Plaintiff any money, there was never a settlement granted. My bankruptcy has been discharged.

3.

4.

5.

6.

7.

8.

//

1 of 2

1  //

2  I declare under penalty perjury that the foregoing facts are known to me to be true and correct to the

3  best of my knowledge.

6  Executed at:

7  Woodland Hills

8  1104 E. Chevy Chase
   Glendale, CA 91205

10  Dated: 9/18/24

    _____
    Debtor In Pro Se

2 of 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1104 E. CHEVY CHASE
GLENDALE, CA 91205

A true and correct copy of the foregoing document entitled: **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 9/19/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* 9/19/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Stewart Lucas Murrey
1217 Wilshire Blvd #3655
Santa Monica, CA 90403

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/19/2024 | Emily Thompson | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 4    F 4001-1.RFS.RESPONSE

United States Bankruptcy Court
Central District of California

In re:                                                                                 Case No. 24-12532-BR
Amy Lynne Blalock                                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                      User: admin                                  Page 1 of 2
Date Rcvd: Aug 20, 2024                   Form ID: not                                 Total Noticed: 19

The following symbols are used throughout this certificate:
Symbol    Definition

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Lynne Blalock, 1619 N La Brea Ave #509, Los Angeles, CA 90028-6476 |
| 41915162 | + | Cedars Sinai, PO Box 48954, Los Angeles, CA 90048-0954 |
| 41915163 | + | Cedars Sinai, 1801 West Olympic Blvd, Pasadena, CA 91199-0001 |
| 41915164 | + | Cedars Sinai, 8700 Beverly Blvd, Los Angeles, CA 90048-1865 |
| 41915174 | + | Stewart Lucas Murrey, 1217 Wilshire Blvd. # 3655, Santa Monica, CA 90403-5466 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Aug 20 2024 23:37:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Aug 20 2024 23:37:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Aug 20 2024 23:36:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41915160 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 20 2024 23:36:00 | Apple Card - GS Bank USA, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 41915161 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2024 23:40:47 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 41915165 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2024 23:40:11 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 41915167 | | Email/Text: mrdiscen@discover.com | Aug 20 2024 23:36:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 41915166 | + | Email/Text: support@drsi360.com | Aug 20 2024 23:36:00 | Designed Receivable Solutions, Inc., 10833 Valley View St Suite 415, Cypress, CA 90630-5051 |
| 41915168 | + | Email/Text: EBN@edfinancial.com | Aug 20 2024 23:36:00 | Ed Financial/ESA, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 41915169 | + | Email/Text: Legal@bankeasy.com | Aug 20 2024 23:37:00 | FB&T/Mercury, 700 22nd Ave South, Brookings, SD 57006-2822 |
| 41915171 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 20 2024 23:37:00 | Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 41915172 | ^ | MEBN | Aug 20 2024 23:32:13 | Prosper Marketplace Inc., 221 Main St Suite 300, San Francisco, CA 94105-1909 |
| 41915173 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Aug 20 2024 23:37:00 | Quest Diagnostics, PO Box 740987, Cincinnati, OH 45274-0987 |
| 41915175 | + | Email/Text: bkelectronicnotices@usaa.com | | |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 20, 2024 | Form ID: not | Total Noticed: 19

| | Aug 20 2024 23:36:00 | USAA Federal Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41915170 | | Foresight Mental Health |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Howard M Ehrenberg (TR) | ehrenbergtrustee@gmlaw.com<br>ca25@ccfcbis.com;C123@ccfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com |
| Karine Karadjian | on behalf of Debtor Amy Lynne Blalock karine@kclawfirm.com<br>karine.karadjian@gmail.com;karadjiankr95745@notify.bestcase.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3