**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**



FILED & ENTERED

OCT 09 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

| | |
|---|---|
| In re:<br><br>AMY LYNNE BLALOCK,<br><br>Debtor. | Case No.: 2:24-bk-12532-BR<br><br>Chapter 7<br><br>**ORDER DENYING MOTION FOR ORDER CONFIRMING NO STAY IN EFFECT; OR IN THE ALTERNATIVE, RELIEF FROM STAY** |

This matter is before the Court on the "Notice And Motion For Order Confirming No Stay In Effect; Or, In The Alternative, Relief From Stay" filed by movant Dr. Stewart Lucas Murrey on August 2, 2024 (Docket No. 12). On September 19, 2024, respondent Amy Blalock filed an opposition to the motion (Docket No. 18); on September 27, 2024, a reply to the opposition was filed (Docket No. 19).

On October 8, 2024, a hearing was held on the motion. Both movant and respondent appeared on their own behalfs.

Having considered the pleadings filed in this matter, and no good cause having been shown, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

###

Date: October 9, 2024

Barry Russell
United States Bankruptcy Judge

1

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Amy Lynne Blalock
1001 Gayley Ave #24381
Los Angeles, CA 90024

Howard M Ehrenberg (TR)
1875 Century Park East
Suite 1900
Los Angeles, CA 90067

DR STEWART LUCAS MURREY
1217 WILSHIRE BLVD #3655
SANTA MONICA CA 90403

☐ Service information continued on attached page

Date: 10/9/2024    Signature: _____

Deputy Clerk [printed name]: Stacey Furlor